**Dismissed and Opinion Filed November 12, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00261-CV

### IN THE INTEREST OF C.R.K., A CHILD

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-50620-2010**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Reichek, and Carlyle
Opinion by Justice Pedersen, III

Before the Court is the parties' October 24, 2019 joint motion to vacate judgment and dismiss the appeal. This appeal arises out of the trial court's December 21, 2018 order which, in part, awarded appellee $3,500.00 in attorney's fees. The parties have reached an agreement to settle this matter. The parties have agreed for this Court to vacate the trial court's award of attorney's fees, enter a take nothing judgment on appellee's claim for fees, and dismiss the remainder of this appeal as moot. *See* TEX. R. APP. P. 42.1 (a)(2)(A). We grant the motion, and, as agreed by the parties and without regard to the merits, vacate that portion of the order awarding $3,500.00 in attorney's fees to appellee, render judgment that appellee take nothing on his claim for fees, and dismiss the remainder of the appeal as moot. *See Id.*

190261f.p05

/Bill Pedersen, III//
BILL PEDERSEN, III
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF C.R.K., A CHILD

No. 05-19-00261-CV

On Appeal from the 380th Judicial District Court, Collin County, Texas
Trial Court Cause No. 380-50620-2010.
Opinion delivered by Justice Pedersen, III, Justices Reichek and Carlyle participating.

In accordance with this Court's opinion of this date, we **VACATE** without regard to the merits that portion of the trial court's December 21, 2018 order awarding $3,500.00 in attorney's fees to Finn Eryn Kelly, **RENDER JUDGMENT THAT** Finn Eryn Kelly take nothing on his claim for fees, and **DISMISS** the remainder of the appeal as moot. Each party shall bear his or her costs of the appeal.

Judgment entered this 12th day of November, 2019.